Case 3:02-cv-02010 Document 10 Filed 06/09/03

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUN - 9 2003
CLERK, U.S. DISTRICT COURT
By _____
Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| EXXON MOBIL CORPORATION, | § |
| Plaintiff, | § § § |
| VS. | § Civil Action No. 3:02-CV-2010-M |
| UNITED STATES OF AMERICA, | § § § |
| Defendant. | § § |

## ORDER

In light of the Court's Order of November 21, 2002 granting the parties' Joint Motion To Suspend Proceedings, the Clerk of Court is instructed to hereby administratively close this case.

**SO ORDERED**.

DATED: June 9, 2003.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS