IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION



FILED

DEC 29 2003

CLERK, U.S. DISTRICT COURT
By _____

| | |
|---|---|
| EXXON MOBIL CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 3:02-CV-2010-M |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**STIPULATION OF DISMISSAL**

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the parties hereby stipulate and agree that the above-captioned case for an overpayment of tax and assessed interest be dismissed with prejudice, with each party to bear its own costs, including attorneys' fees. It is further stipulated and agreed that plaintiff, Exxon Mobil Corporation, reserves the right to litigate in separate actions its entitlement to additional statutory interest and its entitlement to carrybacks to its 1978 tax year that were not at issue in this proceeding.

Pursuant to LR 41.1, a proposed order of dismissal accompanies this Stipulation.

Dated: December 2?, 2003

*/s/ Grover Hartt, III*
GROVER HARTT, III
State Bar No. 09174500
CYNTHIA E. MESSERSMITH
State Bar No. 04199400
JONATHAN L. BLACKER
State Bar No. 00796215
Department of Justice - Tax Division
Maxus Energy Tower
717 N. Harwood, Suite 400
Dallas, Texas 75201
(214) 880-9721
(214) 880-9741 (Fax)

JANE J. BOYLE
UNITED STATES ATTORNEY

COUNSEL FOR DEFENDANT

Dated: December 17, 2003

*/s/ Robert L. Moore, II*
ROBERT L. MOORE, II
D.C. Bar No. 038794
Miller & Chevalier Chartered
655 Fifteenth Street, N.W., Suite 900
Washington, D.C. 20005
(202) 626-5800
(202) 628-0858 (Fax)

GEORGE C. CHAPMAN
State Bar No. 04123000
Thompson & Knight, LLP
1700 Pacific, Suite 3300
Dallas, Texas 75201
(214) 969-1139
(214) 969-1751 (Fax)

COUNSEL FOR PLAINTIFF