IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

DALLAS DIVISION

JAN - 5 2004

| | |
|---|---|
| EXXON MOBIL CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 3:02-CV-2010-M |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**ORDER OF DISMISSAL**

The Court has received the parties' Stipulation of Dismissal to dismiss with prejudice the above-captioned case for an overpayment of tax and assessed interest, subject to the right of plaintiff, Exxon Mobil Corporation, to litigate in separate actions its entitlement to additional statutory interest and its entitlement to carrybacks to its 1978 tax year that were not at issue in this proceeding.

Accordingly, it is ORDERED that the above-captioned case be dismissed with prejudice, subject to the two aforementioned reservations. Each party shall bear its own costs, including attorneys' fees.

SIGNED this 5TH day of January, 2004.

_____
UNITED STATES DISTRICT JUDGE